Michales *v.* Hine:

MICHALES *v.* HINE:

A district judge cannot delegate his official authority to another, nor adopt the acts of an attorney upon the bench, as the judicial acts of the court; nor can such authority be conferred by agreement of the parties to a suit.

### ERROR *to Lee District Court.*

*Opinion by* KINNEY, J.  It appears that the parties in this case, filed a written agreement, substituting James H. Cowles, Esq., special judge in the place of the Hon. George H. Williams, who was before his election counsel for one of the parties.  In pursuance of the agreement, which is entered of record, said Cowles acted in the capacity of judge in trying the case, and gave written instructions to the jury over his own signature.

Parties cannot create a judicial officer, nor clothe persons by any agreement, however solemn, with the high prerogatives which alone belong to a regular constituted court; neither can the court itself delegate any of its powers to another; or adopt the acts of a stranger on the bench, as the judicial acts of the court.  Whenever it appears from the record that the duties which belong to the court conducting the trial of a cause have been attempted to be exercised by any person other than a judge, an error is at once disclosed, sufficient to reverse, although the case may be free from error in other respects; and although the instructions to the jury, by the person substituted, may contain sound law.

The judgment is therefore reversed and the case remanded to the district court of Van Buren county for trial.

Judgment reversed.

*C. Mason* and *J. W. Rankin* for plaintiff in error

*J. C. Hall* for defendant.